**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
Jose Miguel Algua Paz,

                    Petitioner,              26 **CIVIL** 3730 (GHW)

    -against-                          **JUDGMENT**

Paul ARTETA, ET AL,

                    Respondents.
-------------------------------------------------------------X

     It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons stated in the Court's Memo Endorsed Order dated May 7, 2026, Plaintiff has voluntarily dismissed this case without prejudice under F.R.C.P. 41(a)(1)(A)(i). In light of Respondent's dismissal of this action, the Government need not respond to the Court's May 6, 2026 order; accordingly, the case is closed.

**DATED:**  New York, New York
        May 11, 2026

                                **TAMMI M. HELLWIG**
                                ————————————————
                                 **Clerk of Court**

             **BY:**         *K. mango*

                                ————————————————
                               **Deputy Clerk**